IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY, | |
| Plaintiff, | Case No. 3:10-cv-1140-BR |
| v. | Hon. Anna J. Brown |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### STIPULATION AND ORDER OF DISMISSAL

IT IS STIPULATED AND AGREED, by and between plaintiff, Oregon Health & Science University ("Plaintiff"), and defendant, United States of America ("Defendant"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that in light of the January 11, 2011 decision by the United States Supreme Court in *Mayo Foundation for Education & Research, et al., v. United States* (09-837), Plaintiff's claims against Defendant in this action are hereby withdrawn and dismissed without prejudice.

It is further STIPULATED AND AGREED, by and between Plaintiff and Defendant, that each party is to bear its own fees and costs.

Dated: February 15, 2011

6403824.1

Respectfully submitted,

Dwight C. Holton, Esquire
United States Attorney

/s/ Richard A. Schwartz
Richard A. Schwartz
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6322
Email: Richard.A.Schwartz@usdoj.gov

*Attorneys for United States of America*

/s/ Mark H. Churchill
Mark H. Churchill (*pro hac vice*)
Robin L. Greenhouse (*pro hac vice*)
McDermott Will & Emery LLP
600 13th St., NW
Washington, DC 20005
Telephone: (202) 756-8058
Email:       mchurchill@mwe.com
             rgreenhouse@mwe.com

Robert A. Shlachter, OSB No. 911718
Mark A. Friel, OSB No. 002592
STOLL STOLL BERNE LOKTING
& SHLACHTER, P.C.
209 S.W. Oak Street, 5th Floor
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840
Email:       rshlachter@stollberne.com
             mfriel@stollberne.com

*Attorneys for Oregon Health & Science University*

SO ORDERED:

_____ 2/17/2011
HON. ANNA J. BROWN

- 2 -

6403824.1